MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
9-3-2008 caw
SEP 03 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rodelle Harris

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Cook County
sheriff &
Cermak Health
Care Unit Div.
Physicians

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV5011
JUDGE MAROVICH
MAG.JUDGE ASHMAN

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

  A. Name: Rodelle Harris

  B. List all aliases: _____

  C. Prisoner identification number: 200800028685

  D. Place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002 Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Tom Dart
     Title: Cook County Sheriff
     Place of Employment: Cook County D.O.C

  B. Defendant: Cermak Health Care Unit
     Title: Cook County Health Care Physicians
     Place of Employment: Cook County D.O.C

  C. Defendant: Cermak Health Care Unit Administratives
     Title: Cermak Administratives
     Place of Employment: Cermak Health Care Unit

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Rodelle Harris verses Tom Dart Sheriff & Cook County Healthcare unit

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Rodelle Harris

D. List all defendants: Tom Dart Cook County Sheriff, Cermak Health care unit Division Physicians, Administratives of the Cermak Health care unit

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District Eastern Division federal court

F. Name of judge to whom case was assigned: _____

G. Basic claim made: Detainee alleges lack of medical services

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): I just began filing my case under the civil Rights Act, Title 42 section 1983 U.S. Code (State, County, or municipal defendants

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom it may concern my name is Rodelle Harris my I.D # is 20080028685 and I would like to address my problem I've have been suffering with lower back and leg problems for over 10 years and I've been taking medication for this same problem for the same amount of time and believe that I have been denied adequate medical assistance by the cook County Health care unit and the cook county Department of corrections I still complain about my problems but have not been serviced correctly as of this day I walk with a cane but was not given one by the cook county cermak Health care unit I also have attempted my approach threw the cook county Department of corrections Delaware Grievance

4

process for medical assistance to this problem and I believe that I have been denied plus I also had a cane to support my balance when I walk but the city of Chicago Police Department took my cane from me at the time of this arrest dated April 24, 2008 3rd District police station 71st and South Chicago Avenue.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for my pain and suffering

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

Rodelle Harris

Rodelle Harris
(Signature of plaintiff or plaintiffs)

Rodelle Harris
(Print name)

2008002 8685
(I.D. Number) Rodelle Harris

2604 East 77th Street

Chicago, Illinois 60649
(Address)

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID#: _____ Div: _____ Living Unit: _____ Date: _____

BRIEF SUMMARY OF THE COMPLAINT:

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THE COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: _____

CRW/PCC SIGNATURE: _____ DATE CRW/PCC RECEIVED: _____

IC

Part-A / Control #: 2008 X 1022
Referred To: Cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harris           First Name: Rodella

ID #: _____ Div.: __ Living Unit: ___ Date: 5/19/08

BRIEF SUMMARY OF THE COMPLAINT: I went to the doctor to see about my back and my leg about 1 week ago and the doctor told me that she would call me back in two weeks. I told her that I walk with a cane my lower back hurt so bad and if she could have gave me some medicine and I told her that I am in bad pain at my lower back

_____ Ms. Dunlap _____
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT

ACTION THAT YOU ARE REQUESTING: I need to be look at and X ray for my back because I can't barely move.

DETAINEE SIGNATURE: Rodella Harris

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 6/4/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

C-1

Part – B / Control #: 2008 X 1022

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Harris First Name: Rodelle ID#: 2008-0028685

Is This Grievance An **Emergency**? YES ☐ NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of medical services

C.R.W. Referred Griev. To: Cermak Date Referred: 6/5/08

Response Statement: Referred to Div. Physician

C. Smith — [signature] Date: 6/5/08 Div./Dept. CMS
(print - name of individual responding to this griev.) (signature of individual responding to this griev.)

[illegible] — Lt Carl F Tucker Date: 6/10/08 Div./Dept. 10
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mullin — [signature] Date: 6/10/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 6/10/08 Detainee Signature: Rodelle Harris

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 6/10/08

Detainee's Basis For An Appeal: because they had not gave me no xray on my lower back

Appeal Board's Acceptance Of Detainee's Request: YES ☐ NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Per Cermak Admin., documentation indicates that detainee was on meds for approx. 10 yrs. Detainee is scheduled for Sick-Call.

Appeal Board's Signatures / Dates: [signature] 06/23/08    [signature] 6/23/08

Date Detainee Rec'd the Appl. Bd.'s Response: 6/24/08 Detainee Signature: Rodelle Harris

GRIEVANCE CODE(S): (____) (____) (____)

**DETAINEE COPY**

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION SUPT. OFFICE)